DANIEL SANTOR, PLAINTIFF-PETITIONER, v. A and M KARAGHEUSIAN, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 319.

*Mr. Joseph A. Maressa* and *Mr. C. Zachary Seltzer* for the petitioner.

*Messrs. Kleinberg, Moroney & Masterson* and *Mr. Sheldon Schachter* for the respondents.

April 27, 1964. Granted.

MARY McCOLLUM, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PUBLIC SERVICE COORDINATED TRANSPORT, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Joseph R. Moss* for the petitioners.

*Mr. Francis J. Murphy* and *Mr. John F. Ward* for the respondents.

April 27, 1964. Denied.